IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03441-REB-MJW

HOWARD E. JACOBSEN,

Plaintiff,

v.

THE BANK OF DENVER, a Colorado Corporation, and
INTANDEM HUMAN RESOURCES, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant the Bank of Denver's Unopposed Motion for Entry of a Protective Order (docket no. 26) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 26-1) is APPROVED as amended in paragraphs 10 and 11 and made an Order of Court.

Date: March 30, 2015