**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03441-REB-MJW

HOWARD E. JACOBSEN,

    Plaintiff,

v.

THE BANK OF DENVER, a Colorado Corporation, and
INTANDEM HUMAN RESOURCES LLC,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter before me is the parites' **Stipulated Motion To Dismiss InTandem Human Resources LLC** [#33],[1] filed April 13, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, InTandem Human Resources LLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss InTandem Human Resources LLC** [#33], filed April 10, 2015, is granted;

    2. That claims of the plaintiff against defendant, InTandem Human Resources LLC, are dismissed with prejudice with the parties to bear their own attorney fees and costs; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That defendant, InTandem Human Resources LLC, is dropped as a party to this action, and the caption shall be amended accordingly.

Dated April 14, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge