# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03441-REB-MJW

HOWARD E. JACOBSEN,

    Plaintiff,

v.

THE BANK OF DENVER, a Colorado Corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss** [#38][1] filed July 17, 2015. After careful review of the stipulated motion and the file, I conclude that the stipulated motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss** is granted;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set February 12, 2016, is vacated;

    4. That the jury trial set to commence February 29, 2016, is vacated; and

    5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated July 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge